UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD D. DUNN, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 7:11-CV-132-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge to which the plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 15, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on March 18, 2013, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)
Royce B. Min (via CM/ECF Notice of Electronic Filing)

March 18, 2013                                    JULIE A. RICHARDS, CLERK
                                                   /s/ Christa N. Baker
                                                  (By) Christa N. Baker, Deputy Clerk